**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P. Kelly,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Unknown Manriquez, et al.,<br><br>　　　　　Defendants. | No. CV-09-2711-PHX-PGR<br><br>(9th Cir. No. 11-18070)<br><br>ORDER |

　　　　IT IS ORDERED that the plaintiff's Motion to Withdraw (Doc. 50) is granted and that G. David DeLozier, Esq. and G. David DeLozier, P.C. are withdrawn as counsel for the plaintiff pursuant to LRCiv 83.3(b).

　　　　IT IS FURTHER ORDERED that plaintiff John P. Kelly is now representing himself in this matter, and that all correspondence directed to him shall be delivered to: John P. Kelly #55623, A.S.P.C.-Lewis, Barchey Blue, P.O. Box 3200, Buckeye, AZ 85326.

　　　　IT IS FURTHER ORDERED that the plaintiff shall immediately notify this Court, the Ninth Circuit Court of Appeals, and counsel for the defendants of any change in his mailing address.

　　　　IT IS FURTHER ORDERED that the plaintiff may proceed on appeal *in*

*forma pauperis* without further authorization pursuant to Fed.R.App.P. 24(a)(3).

IT IS FURTHER ORDERED that the Clerk of the Court shall provide a copy of this Order to the Clerk of the Ninth Circuit Court of Appeals.

DATED this 18th day of January, 2012.

```
                    _____
                    Paul G. Rosenblatt
                    United States District Judge
```